# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Samuel Argueta                    **Case Number:** 06-CR-10265

**Name of Assigned Judicial Officer:** Honorable Indira Talwani, U.S. District Judge
**Name of Sentencing Judicial Officer:** Honorable Edward F. Harrington, Senior U.S. District Judge

**Date of Original Sentence:** February 27, 2008
**Date of Amended Sentence:** April 28, 2009
**Date of Sentence on Violation:** June 11, 2014

**Original Offense:** Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. §846; and Distribution of Cocaine Base, in violation of 21 U.S.C. §841(a)(1)

**Original Sentence:** 68 months of custody followed by four years of supervised release
**Amended Sentence:** 60 months of custody followed by four years of supervised release
**Sentence on Violation:** 35 days in custody followed by 12 months of supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** February 7, 2011
                                                      **Date Supervision Re-commenced:** July 8, 2014

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

**I**

**Special Condition:** The defendant shall serve the first six (6) months of supervised release at a residential facility. That Court recommends that facility to be the RRC at the Lawrence CAC.

**Special Condition:** The defendant shall abstain from the use of alcohol throughout his term of supervised release.

On 11/26/14, the Court modified the above noted condition of supervised release to allow for the defendant's immediate placement at the Gavin House, a community-based residential treatment program. He was otherwise scheduled to complete the 6-month RRC requirement on 1/7/15.

The defendant was admitted to Gavin House on 12/2/14. He remained in compliance with all program and treatment requirements until 2/16/15, when he submitted a urine screen which was returned positive for alcohol. Upon receiving the above noted test results on 2/24/15, the defendant was immediately terminated from Gavin House.

U.S. Probation Officer Action:

This officer met with Mr. Argueta following his termination from the Gavin House and he readily admitted his use of alcohol on 2/16/15, stating that he purchased and consumed liquor prior to returning to the house on that date. Mr. Argueta attributed his relapse to mounting stress related to situations at the Gavin House, as well as ongoing struggles involving his children and difficulties in securing stable employment.

Since his discharge from Gavin House, Mr. Argueta has reconnected with his counselor through the Gavin Foundation and is attending self-help meetings. He is also receiving support services through ROCA in Chelsea, MA. Mr. Argueta is presently living with his father in Chelsea, MA, which this officer and Mr. Argueta both agree is not ideal. This officer is working with Mr. Argueta to identify alternative housing options. Since his termination from Gavin House, Mr. Argueta has been frequently monitored with urine screens and breathalyzers, all of which have been negative.

At this time, the Probation Office is not requesting any formal action by the Court. This officer will continue to work with Mr. Argueta towards a goal of maintaining sobriety and securing appropriate housing and employment. The Probation Office will notify the Court accordingly of any further noncompliance.

Reviewed/Approved by:                                    Respectfully submitted,

*/s/ Joseph LaFratta*                          By      */s/ Lisa M. Paiva*
Joseph LaFratta                                         Lisa M. Paiva
Supervising U.S. Probation Officer                      U.S. Probation Officer
                                                        Date: 3/27/15

[ ]     Approved
[✓]    Submit a Request for Modifying the Conditions or Term of Supervision
[ ]     Submit a Request for Warrant or Summons
[ ]     Other

_____
Signature of Judicial Officer

_____3/31/15_____
Date